IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RANGEL OCAMPO,** on behalf of himself and all other similarly situated employees, known and unknown, | |
| Plaintiff, | No. 17 CV 6325 |
| v. | Judge Bucklo |
| **MAXI-MIX, INC.,** et a., | Magistrate Judge Valdez |
| Defendants. | |

## STIPULATION TO DISMISS

In accordance with their confidential settlement agreement, and pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that the captioned case be dismissed without prejudice, with leave to reinstate however for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement. If a motion to reinstate (or to extend the date by which such a motion must be filed) is not filed on or before **May 16, 2018**, then the parties stipulate that the captioned case be dismissed with prejudice and without costs as of May 17, 2018, without further action by the Court.

AGREED:                                                        AGREED:

/s/Paul Luka                                                   /s/Patrick J. Connor (by permission)
Attorney for Plaintiff                                         Attorney for Defendants Maxi-Mix, Inc., Puig
                                                               Holding Company, Luis Puig, Leonard Puig,
                                                               Erica Puig, Nidia Puig, and Alex Puig

AGREED:

/s/Randall Slade (by permission)
Attorney for Defendant Elston
Materials, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that s/he served a copy of the attached document/s on all parties of record by causing them to be issued through the Court's Electronic Case Filing System on the date listed in the electronic file-stamp.

                                                                     /s/Paul Luka  
                                                                    Attorney for Plaintiff

Paul Luka  
Mendoza Law, P.C.  
120 S. State Street, Suite 400  
Chicago, IL 60603  
(312) 508-6010  
paul@alexmendozalaw.com